IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

SHELBY CHARLES STAMPS, JR.,

    Defendant.
_____/

No. CR 13-238 CW

ORDER GRANTING MOTION FOR EXTENSION OF TIME

On January 6, 2016, Defendant Shelby Stamps filed a pro se motion to vacate his sentence under 28 U.S.C. § 2255.  Docket No. 40.  The motion was based on the Supreme Court's recent decision in Johnson v. United States, 135 S. Ct. 2551 (2015), which held that the residual clause of the Armed Career Criminal Act is unconstitutionally vague.  On January 26, 2016, the Federal Public Defender filed a notice of appearance on behalf of Defendant.[1]  Docket No. 44.  In addition, the Federal Public Defender has filed a motion for extension of time to file an amended § 2255 motion on Defendant's behalf.  Having considered the motion and the record in the case, the Court GRANTS the motion for extension of time.  Docket No. 45.  Defendant shall file an amended § 2255 motion by

---

[1] Because the Federal Public Defender has appeared in the case, Defendant's motion for appointment of counsel is MOOT.  Docket No. 41.

April 1, 2016.  The United States shall file a response to the amended motion by April 15, 2016.  Defendant may file a reply in support of his motion by April 22, 2016.

   IT IS SO ORDERED.


Dated: January 27, 2016

CLAUDIA WILKEN
United States District Judge

2