IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHELBY STAMPS,<br><br>Defendant. | Case No.: 4:13-cr-00238-CW-1 (KAW)<br><br>**STIPULATED ORDER CONTINUING HEARING** |

The above-entitled matter is currently scheduled for status on detention on June 13, 2022. Mr. Stamps is scheduled to be interviewed by the TRP Positive Directions residential program in San Francisco. Defense counsel was able to schedule a video interview for Monday, which conflicts with the hearing as scheduled. The parties stipulate and request that the Court vacate the hearing and continue it to Tuesday, June 14, 2022 at 10:30 a.m. If Mr. Stamps is accepted to the program, the parties anticipate requesting that he be released from custody to attend.

Defense counsel has conferred with USPO Chris Loman, who joins in this request.

Therefore, for good cause shown the hearing currently scheduled on June 13, 2022 shall be vacated. The matter shall be continued until June 14, 2022 at 10:30 a.m.

//
//
//
//
//
//
//

IT IS SO STIPULATED.

| June 10, 2022 | STEPHANIE M. HINDS |
| --- | --- |
| Dated | United States Attorney |
| | Northern District of California |

                    /S
CYNTHIA JOHNSON
Special Assistant United States Attorney

| June 10, 2022 | JODI LINKER |
| --- | --- |
| Dated | Federal Public Defender |
| | Northern District of California |

                    /S
GRAHAM ARCHER
Assistant Federal Public Defender

IT IS SO ORDERED.

| June 10, 2022 | HON. KANDIS A. WESTMORE |
| --- | --- |
| Dated | United States Magistrate Judge |